UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELISSA A. SADOWSKI and ANTHONY R. SADOWSKI, <br><br> Plaintiff, <br><br> vs. <br><br> ACE HARDWARE CORPORATION, <br><br> Defendant. | Civil Action No. 18-cv-5597(JP) <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

FILED
OCT 30 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

The matter in difference in the above entitled action having been amicably adjusted by and between plaintiffs, Melissa A. Sadowski and Anthony R. Sadowski, and defendant, Ace Hardware Corporation, it is hereby stipulated and agreed that the same be and it is hereby dismissed without costs and with prejudice as to defendant Ace Hardware Corporation.

**COZEN O'CONNOR**
Attorneys for Plaintiffs,
Melissa A. Sadowski and Anthony R. Sadowski

By: _____
Christopher C. Fallon, Jr., Esq.

Dated:

**CONNELL FOLEY LLP**
Attorneys for Defendant,
Ace Hardware Corporation

By: _____
Matthew W. Bauer, Esq.

Dated: 10/25/19

ENT'D OCT 30 2019

So ordered on this 29 day of October, 2019.

_____
HON. JOHN R. PADOVA, U.S.D.J.

5179018-1